1  GARTH T. VINCENT (SBN 146574)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue
   Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  AMY TOVAR (SBN 230370)
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street
   Twenty-Seventh Floor
7  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  Attorneys for Defendants
   KAM HING ENTERPRISES, INC.; SUNHAM HOME
10 FASHIONS, LLC; HOWARD YUNG; and ARTHUR
   COURBANOU

11

                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15

16 E&E CO., LTD., A California corporation,    CASE NO.  C08-00871 MMC

17            Plaintiff,                       PROOF OF SERVICE

18     vs.

19 KAM HING ENTERPRISES, INC.;
   SUNHAM HOME FASHIONS, LLC; JJ
20 INTERNATIONAL TRADING
   COMPANY; HOWARD YUNG,
21 ARTHUR COURBANOU; and DOES 1-
   100, inclusive,

22            Defendants.

PROOF OF SERVICE

## PROOF OF SERVICE BY HAND

I, Maureen Lechwar, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th floor, San Francisco, CA 94105-2907.

2. On February 8, 2008, I served a true copy of the attached documents by placing them in an addressed, sealed envelope, clearly labeled to identify the person being served at the address shown below and I had them delivered in that envelope(s) by hand to the offices of the addressee(s).

Civil Cover Sheet

Notice of Removal of Action to United States District Court

Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332 and 1441

Welcome Information Sheet for the U.S. District Court, San Francisco

Order Setting Initial Case Management Conference and ADR Deadlines

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

ECF Registration Information Handout (USDC - Northern California)


Robert Charles Ward
Shartsis Friese LLP
One Maritime Plaza
18th Floor
San Francisco, CA 94111
*Attorney for the Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008, at San Francisco, California.

_____
Maureen Lechwar

PROOF OF SERVICE