GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: garth.vincent@mto.com

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: amy.tovar@mto.com

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. 3:08-CV-00871-MMC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

PLAINTIFF E&E CO., LTD., AND DEFENDANTS KAM HING HOME FASHIONS, INC., SUNHAM HOME FASHIONS, LLC, HOWARD YUNG, AND ARTHUR COURBANOU, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY AGREE AND STIPULATE AS FOLLOWS:

| 1 | WHEREAS, Defendants filed a notice of removal with this Court on February 8, 2008; |

1      WHEREAS, Defendants filed a notice of removal with this Court on February 8, 2008;

WHEREAS, Defendants did not file an answer or otherwise respond to the Complaint in state court before filing the notice of removal;

WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants' response to the Complaint is currently due on February 15, 2008;

WHEREAS, the parties have agreed to extend Defendants' time to respond to the Complaint until March 7, 2008;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have until March 7, 2008 within which to answer or otherwise respond to the Complaint.

Dated: February 14, 2008

                                        Munger, Tolles & Olson LLP
                                            GARTH T. VINCENT
                                            AMY TOVAR

By: /s/ Amy Tovar
       AMY TOVAR

Attorneys for Defendants
KAM HING ENTERPRISES, INC.;
SUNHAM HOME FASHIONS, LLC;
HOWARD YUNG; and ARTHUR COURBANOU

Dated: February 14, 2008

                                            Shartsis Friese LLP
                                            ROBERT CHARLES WARD

By: /s/ Robert Charles Ward
       ROBERT CHARLES WARD

Attorney for Plaintiff
E&E CO., LTD