SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
E&E Co., Ltd., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08-00871 MMC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff E&E Co., Ltd., hereby demands a trial by jury in this action.

DATED:       February 25, 2008            SHARTSIS FRIESE LLP


By: */s/ Robert Charles Ward*
             ROBERT CHARLES WARD

Attorneys for Plaintiff
E&E CO., LTD., a California corporation

6197\007\JING\1494260.1

- 1 -
Case No. C08-00871 MMC          DEMAND FOR JURY TRIAL