SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
E&E Co., Ltd., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation, | Case No. C08-00871 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR COURBANOU; and DOES 1-100, inclusive, | |
| Defendants. | |

I, Janis L. Ing, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On February 25, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

DEMAND FOR JURY TRIAL

- 1 -

Case No.
C08-00871 MMC

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below: |
| 3 | | |
| 4 | | |
| 5 | ☐ | by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below: |
| 6 | | |
| 7 | ☐ | by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below: |
| 8 | | |
| 9 | ☐ | by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement) |
| 10 | | |
| 11 | | |
| 12 | ☐ | by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement) |
| 13 | | |
| 14 | | |

Garth Tyler Vincent, Esq.
Munger Tolles & Olson LLP
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2008, in San Francisco, California.

_____
Janis L. Ing

6197\007\JING\1494331.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C08-00871 MMC

- 2 -
CERTIFICATE OF SERVICE