GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: garth.vincent@mto.com

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: amy.tovar@mto.com

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-00871-MMC<br><br>DECLARATION OF HOWARD YUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(2)<br><br>[Notice of Motion and Motion and Memorandum of Points and Authorities Filed Concurrently] |

I, Howard Yung, declare as follows:

1. I have been named as a defendant in this action. I am submitting this declaration in support of Defendants' Motion to Dismiss the Complaint. The facts set forth

herein are based on my personal knowledge. If called upon as a witness in this action, I could and would testify competently to the contents of this Declaration.

2. I am the Owner of Kam Hing Enterprises, Inc. and Chief Executive Officer of Sunham Home Fashions, LLC ("Sunham"). I live in the state of New Jersey and work in the state of New York.

3. I am not engaged in substantial, continuous, and systematic activities within California. I do not solicit or engage in business in California in either my official or personal capacity.

4. I have not been to California for business purposes in at least the last five years. During that time, I have not attended meetings in California, entered into contracts with California residents, or otherwise availed myself of conducting business activities in California. I have no personal bank accounts in California and have no telephone listings or mailing addresses in California.

5. I understand the substance of the allegations against me to concern a purported tax evasion scheme involving other defendants named in this action. These allegations are false. Moreover, I have not directed activities towards California in connection with these allegations.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this Third day of March 2008 at New York, New York.

_____
HOWARD YUNG