GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: *garth.vincent@mto.com*

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email: *amy.tovar@mto.com*

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAM HING ENTERPRISES, INC.;<br>SUNHAM HOME FASHIONS, LLC; JJ<br>INTERNATIONAL TRADING<br>COMPANY; HOWARD YUNG,<br>ARTHUR COURBANOU; and DOES 1-<br>100, inclusive,<br><br>Defendants. | CASE NO.  3:08-CV-00871-MMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN<br>SUPPORT OF DEFENDANTS' MOTION<br>TO DISMISS COMPLAINT**<br><br>DATE:  April 11, 2008<br><br>TIME:  9:00 a.m.<br><br>CTRM:  7 |

## REQUEST FOR JUDICIAL NOTICE

Under well-established law, "facts subject to judicial notice may be considered on a motion to dismiss" without converting the motion into one for summary judgment. *Intri-Plex Technologies, Inc. v. Crest Group, Inc.,* 499 F.3d 1048, 1052 (9th Cir. 2007); *Mullis v. United States Bankruptcy Court,* 828 F.2d 1385, 1388 (9th Cir. 1987). Under equally well-established law, a "court [reviewing a motion to dismiss] need not accept as true . . .allegations that contradict facts that may be judicially noticed." *Schwarz v. United States,* 234 F.3d 428, 435 (9th Cir. 2000). Defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou respectfully request that the Court take judicial notice of the matters set forth below. These matters are subject to mandatory judicial notice under Federal Rule of Evidence 201 as a fact that is "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Defendants respectfully request judicial notice of the publicly available document titled "2007 Major Shippers Report: Total Non-Apparel Imports" published by the United States Department of Commerce, International Trade Administration, Office of Textiles and Apparel. Judicial notice of this documents is proper because "a court may take judicial notice of "records and reports of administrative bodies." *Mack v. South Bay Beer Distributors, Inc.,* 798 F.2d 1279, 1282 (9th Cir. 1986) (citing *Interstate Natural Gas Co. v. S. Cal. Gas Co.,* 209 F.2d 380, 385 (9th Cir.1953)); *see also* Schwarzer, Tashima, Wagstaffe, Cal. Prac. Guide Fed. Civ. Proc. Before Trial Ch. 9-D at 9:219 (Rutter Group 2007).

A copy of the report is attached hereto as Exhibit A and available online at http://otexa.ita.doc.gov/msr/catV2.htm. The report is accessible through the United States Department of Commerce Office of Textiles and Apparel's website located at http://otexa.ita.doc.gov/msrpoint.htm. A printout of the website's homepage is attached hereto as Exhibit B. From that page, clicking the link titled "U.S. Imports by Category" brings the viewer to a page titled "Major Shippers Report: Section One, Textiles and Apparel Imports By Category." This page is located at http://otexa.ita.doc.gov/MSRcat.htm. A printout of that page is

1    attached hereto as Exhibit C.  From that page, clicking the link titled "2 Total Non-Apparel

2    Imports (MFA)" brings the viewer to the 2007 Major Shippers Report: Total Non-Apparel

3    Imports (Exhibit A).

4              From this judicially noticeable report, Defendants respectfully request that the

5    Court take notice of the following facts in particular:

6              1.    In 2007, $22.5 billion worth of non-apparel textiles were imported into the

7    United States.  *See* Exhibit A (row titled "World," column titled "12/2007").

8              2.    China is the single largest exporter of non-apparel textiles to the United

9    States, having exported nearly $10 billion worth of such goods into the United States in 2007.

10   *See* Exhibit A (row titled "China," column titled "12/2007").

11

12   Dated: March 7, 2008                          Munger, Tolles & Olson LLP
                                                   GARTH T. VINCENT
13                                                 AMY TOVAR

14

15                                                 By:_____/s/_____
                                                              AMY TOVAR
16
                                                   Attorneys for Defendants
17                                                 KAM HING ENTERPRISES, INC.;
                                                   SUNHAM HOME FASHIONS, LLC;
18                                                 HOWARD YUNG; and ARTHUR
                                                   COURBANOU

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Major Shippers Category 2

Febr

MAJOR SHIPPERS REPORT
By Category, 12/2007 Data

Category  2:   TOTAL NON-APPAREL IMPORTS  (MFA)
Data in Million $$$

| C | Country | Calendar Years 2005 | 2006 | 12/2006 | Year-to-Date 12/2007 | % Change | Year-Endings 12/2006 | 10/2007 | 11/2007 | 12/2007 | % C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O | WORLD | 20492.245 | 21648.875 | 21648.875 | 22483.787 | 3.86 | 21648.875 | 22334.252 | 22417.811 | 22483.787 | |
| O | CHINA  P | 7262.350 | 8549.981 | 8549.981 | 9574.677 | 11.98 | 8549.981 | 9451.681 | 9534.891 | 9574.677 | |
| O | INDIA | 1640.411 | 1844.179 | 1844.179 | 1934.118 | 4.88 | 1844.179 | 1913.541 | 1932.265 | 1934.118 | |
| O | PAKISTN | 1645.544 | 1838.199 | 1838.199 | 1671.682 | -9.06 | 1838.199 | 1681.938 | 1673.452 | 1671.682 | |
| O | CANADA | 1571.025 | 1420.309 | 1420.309 | 1241.128 | -12.62 | 1420.309 | 1270.019 | 1249.585 | 1241.128 | — |
| O | MEXICO | 1167.955 | 1079.206 | 1079.206 | 1102.116 | 2.12 | 1079.206 | 1087.669 | 1095.169 | 1102.116 | |
| O | ITALY | 789.672 | 758.614 | 758.614 | 796.282 | 4.97 | 758.614 | 792.200 | 793.460 | 796.282 | |
| O | KOR REP | 754.498 | 753.010 | 753.010 | 697.464 | -7.38 | 753.010 | 704.671 | 702.165 | 697.464 | |
| O | TURKEY | 664.755 | 585.649 | 585.649 | 587.481 | 0.31 | 585.649 | 575.911 | 581.188 | 587.481 | |
| O | CHINA  T | 504.172 | 492.155 | 492.155 | 504.019 | 2.41 | 492.155 | 504.283 | 502.538 | 504.019 | |
| O | JAPAN | 346.279 | 355.103 | 355.103 | 390.505 | 9.97 | 355.103 | 381.159 | 381.347 | 390.505 | |
| O | THAILND | 316.694 | 284.432 | 284.432 | 292.874 | 2.97 | 284.432 | 288.128 | 290.200 | 292.874 | |
| O | GERMANY | 319.196 | 293.818 | 293.818 | 289.154 | -1.59 | 293.818 | 286.046 | 288.621 | 289.154 | |
| O | BRAZIL | 300.205 | 261.652 | 261.652 | 257.297 | -1.66 | 261.652 | 254.251 | 256.109 | 257.297 | |
| O | FRANCE | 240.939 | 222.811 | 222.811 | 234.806 | 5.38 | 222.811 | 234.939 | 233.838 | 234.806 | |
| O | U KING | 243.240 | 222.353 | 222.353 | 232.618 | 4.62 | 222.353 | 230.102 | 232.021 | 232.618 | |

Major Shippers Category 2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| O | INDNSIA | 205.915 | 225.062 | 231.210 | -2.66 | 231.210 | 224.579 | 222.934 | 225.062 |
| O | ISRAEL | 255.861 | 220.537 | 240.709 | -8.38 | 240.709 | 225.169 | 223.053 | 220.537 |
| O | BELGIUM | 210.973 | 219.173 | 221.728 | -1.15 | 221.728 | 221.229 | 220.314 | 219.173 |
| O | PORTUGL | 239.156 | 205.001 | 216.886 | -5.48 | 216.886 | 211.784 | 208.335 | 205.001 |
| O | VIETNAM | 155.886 | 199.421 | 174.034 | 14.59 | 174.034 | 193.079 | 194.843 | 199.421 |
| O | EGYPT | 169.944 | 172.645 | 181.394 | -4.82 | 181.394 | 176.497 | 175.194 | 172.645 |
| O | NETHLDS | 98.305 | 109.466 | 106.994 | 2.31 | 106.994 | 110.933 | 109.938 | 109.466 |
| O | HG KONG | 95.985 | 89.065 | 81.752 | 8.95 | 81.752 | 89.701 | 89.033 | 89.065 |
| O | BNGLDSH | 85.192 | 87.876 | 83.781 | 4.89 | 83.781 | 87.941 | 87.272 | 87.876 |
| O | SPAIN | 109.142 | 82.374 | 90.687 | -9.17 | 90.687 | 83.821 | 82.408 | 82.374 |
| O | PHIL R | 90.577 | 71.691 | 82.663 | -13.27 | 82.663 | 72.274 | 71.424 | 71.691 |
| O | SWITZLD | 56.206 | 56.745 | 67.283 | -15.66 | 67.283 | 58.560 | 56.684 | 56.745 |
| O | BAHRAIN | 39.527 | 52.460 | 28.632 | 83.23 | 28.632 | 43.016 | 46.134 | 52.460 |
| O | GREECE | 36.840 | 45.639 | 38.646 | 18.10 | 38.646 | 41.931 | 43.022 | 45.639 |
| O | COLOMB | 43.726 | 45.633 | 45.313 | 0.71 | 45.313 | 45.069 | 45.758 | 45.633 |
| O | FINLAND | 18.918 | 41.016 | 21.764 | 88.46 | 21.764 | 40.913 | 41.178 | 41.016 |
| O | S ARAB | 18.045 | 38.457 | 23.167 | 66.00 | 23.167 | 36.397 | 37.757 | 38.457 |
| O | MALAYSA | 47.743 | 37.165 | 53.316 | -30.29 | 53.316 | 38.509 | 37.742 | 37.165 |
| O | LUXMBRG | 35.342 | 30.904 | 41.233 | -25.05 | 41.233 | 29.584 | 30.650 | 30.904 |
| O | AUSTRAL | 34.585 | 29.801 | 28.659 | 3.99 | 28.659 | 27.639 | 28.320 | 29.801 |
| O | ARAB EM | 20.638 | 27.768 | 23.774 | 16.80 | 23.774 | 26.923 | 27.762 | 27.768 |
| O | POLAND | 25.185 | 27.278 | 28.197 | -3.26 | 28.197 | 26.604 | 26.750 | 27.278 |

## Major Shippers Category 2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| o | DENMARK | 18.820 | 26.955 | 26.955 | 0.77 | 26.955 | 26.955 | 30.619 | 28.793 | 27.163 | — |
| o | IRELAND | 29.188 | 29.673 | 29.673 | -16.34 | 29.673 | 29.673 | 26.659 | 25.515 | 24.823 | — |
| o | SALVADR | 27.232 | 25.446 | 25.446 | -16.63 | 25.446 | 25.446 | 22.333 | 21.786 | 21.215 | |
| o | N ZEAL | 22.591 | 22.000 | 22.000 | -8.73 | 22.000 | 22.000 | 20.077 | 20.280 | 20.080 | |
| o | REP SAF | 19.299 | 19.843 | 19.843 | -1.71 | 19.843 | 19.843 | 19.907 | 19.184 | 19.505 | — |
| o | AUSTRIA | 20.051 | 20.094 | 20.094 | -3.24 | 20.094 | 20.094 | 20.651 | 20.168 | 19.443 | — |
| o | CZECH | 18.239 | 26.489 | 26.489 | -27.51 | 26.489 | 26.489 | 19.499 | 19.110 | 19.202 | |
| o | PERU | 20.926 | 20.784 | 20.784 | -10.12 | 20.784 | 20.784 | 19.806 | 19.443 | 18.681 | |
| o | HUNGARY | 19.726 | 16.865 | 16.865 | 7.09 | 16.865 | 16.865 | 17.266 | 18.197 | 18.061 | — |
| o | TURKMEN | 18.315 | 13.379 | 13.379 | 34.54 | 13.379 | 13.379 | 16.819 | 17.582 | 18.000 | |
| o | SRI LKA | 26.819 | 20.402 | 20.402 | -16.36 | 20.402 | 20.402 | 17.248 | 17.101 | 17.065 | — |
| o | UKRAINE | 11.138 | 1.807 | 1.807 | 827.02 | 1.807 | 1.807 | 12.008 | 14.862 | 16.750 | 8 |
| o | SWEDEN | 17.712 | 15.648 | 15.648 | 5.32 | 15.648 | 15.648 | 15.974 | 16.450 | 16.481 | |
| o | CHILE | 9.034 | 8.421 | 8.421 | 68.87 | 8.421 | 8.421 | 13.736 | 14.375 | 14.220 | — |
| o | ROMANIA | 19.535 | 20.694 | 20.694 | -32.13 | 20.694 | 20.694 | 14.534 | 13.865 | 14.045 | |
| o | GUATMAL | 14.733 | 12.024 | 12.024 | 4.54 | 12.024 | 12.024 | 12.858 | 12.519 | 12.570 | |
| o | ARGENT | 24.977 | 9.123 | 9.123 | 33.94 | 9.123 | 9.123 | 11.925 | 11.948 | 12.219 | |
| o | NORWAY | 2.430 | 1.959 | 1.959 | 465.73 | 1.959 | 1.959 | 10.708 | 10.784 | 11.080 | 4 |
| o | MALTA | 13.476 | 10.004 | 10.004 | 5.73 | 10.004 | 10.004 | 9.821 | 9.897 | 10.578 | — |
| o | CAMBOD | 13.777 | 14.902 | 14.902 | -29.28 | 14.902 | 14.902 | 10.602 | 11.138 | 10.539 | — |
| o | C RICA | 9.985 | 14.526 | 14.526 | -40.77 | 14.526 | 14.526 | 10.681 | 8.887 | 8.604 | |
| o | LATVIA | 6.962 | 5.662 | 5.662 | 33.53 | 5.662 | 5.662 | 6.184 | 6.961 | 7.560 | |

## Major Shippers Category 2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| o | BELARUS | 9.198 | 9.915 | 9.915 | 7.293 | -26.44 | 9.915 | 7.318 | 7.119 | 7.293 |
| o | HONDURA | 6.741 | 5.184 | 5.184 | 6.993 | 34.90 | 5.184 | 6.805 | 6.939 | 6.993 |
| · o | RUSSIA | 6.513 | 5.587 | 5.587 | 5.930 | 6.15 | 5.587 | 5.692 | 5.921 | 5.930 |
| o | SLOVENI | 4.872 | 4.778 | 4.778 | 4.504 | -5.73 | 4.778 | 4.398 | 4.652 | 4.504 |
| o | DOM REP | 5.853 | 2.811 | 2.811 | 4.278 | 52.17 | 2.811 | 4.209 | 4.191 | 4.278 |
| o | LITHUAN | 2.848 | 3.823 | 3.823 | 3.397 | -11.15 | 3.823 | 4.126 | 3.817 | 3.397 |
| o | SLOVAK | 1.150 | 3.286 | 3.286 | 2.978 | -9.36 | 3.286 | 3.121 | 3.035 | 2.978 |
| o | _C,H,K,T | 8617.005 | 9876.897 | 9876.897 | 10865.225 | 10.01 | 9876.897 | 10750.337 | 10828.627 | 10865.225 |
| o | _OECD | 5598.124 | 5278.858 | 5278.858 | 5082.975 | -3.71 | 5278.858 | 5108.625 | 5088.059 | 5082.975 |
| o | _EU15 | 2427.493 | 2327.903 | 2327.903 | 2374.344 | 1.99 | 2327.903 | 2377.384 | 2374.708 | 2374.344 |
| o | _EC12 | 2370.813 | 2270.397 | 2270.397 | 2297.404 | 1.19 | 2270.397 | 2299.847 | 2296.913 | 2297.404 |
| o | _HK,K,T | 1354.655 | 1326.916 | 1326.916 | 1290.548 | -2.74 | 1326.916 | 1298.655 | 1293.736 | 1290.548 |
| o | _ASEAN | 832.651 | 842.236 | 842.236 | 839.064 | -0.38 | 842.236 | 829.330 | 830.584 | 839.064 |
| o | _ANDEAN | 66.089 | 67.306 | 67.306 | 65.085 | -3.30 | 67.306 | 65.572 | 65.930 | 65.085 |
| o | _CBI | 66.121 | 61.222 | 61.222 | 54.614 | -10.79 | 61.222 | 57.875 | 55.312 | 54.614 |
| o | _CAFTA | 64.588 | 60.050 | 60.050 | 54.023 | -10.04 | 60.050 | 57.257 | 54.710 | 54.023 |
| o | _SUB-SAH | 21.793 | 23.665 | 23.665 | 22.822 | -3.56 | 23.665 | 23.707 | 22.526 | 22.822 |

**Go Back To Major Shippers Category Page**

**Go Back To Trade Data Page**

**Go Back To OTEXA Home Page**

# EXHIBIT B

# Office of Textiles and Appare

Trade Data

The Textile Correlation

Federal Register Notices

China Textile Safeguard

Vietnam Import Monitoring

Wool and Cotton TRQ

TRQ Status

Free Trade Agreements

Trade Preference
Programs

Commercial Availability
NAFTA
CAFTA-DR
Other FTA
AGOA/ATPDEA/CBTPA

OTEXA Trade Events

U.S. Suppliers Database

Labeling Requirements

IPR Protection

Used Clothing

Berry Amendment

Legislation

Publications

Archives

References/Resources

## TRADE DATA
## U.S. IMPORTS AND EXPORTS OF TEXTILES AND APPAREL

Questions or Comments

## Preliminary Import Data

## Vietnam Monitoring Data

## THE MAJOR SHIPPERS REPORT.
This report provides General Import statistics by date of import from the
Census Bureau for a variety of recent time periods on countries that
exceed certain thresholds. The statistics are also summarized in notional
categories and countries for the convenience of CITA Agencies. The status
of any controls on these imports is also provided. Data does not include
plastic apparel.
> Headnotes to the Major Shippers Report
> U.S. Imports by Category
> U.S. Imports by Country
> U.S. Imports by Part Category
> U.S. Imports by Merged Category
> The Textile Correlation. A Correlation between the Textile Import
> Category System and the Harmonized Tariff Schedule (HTS).
> Interactive correlation. Lookup the category for an HTS or download
> the entire correlation as a spreadsheet.

## Additional Import Data Reports (TQ Data).
These interactive reports show U.S. Textile and Apparel Imports from ALL
suppliers by MFA Category and Harmonized Tariff Schedule (HTS) line
item.
> Textile and Apparel Import Data in units
> Textile and Apparel Import Data in dollars

> Current and **Historical (data back to 1989)** U.S. textile and apparel
> imports by MFA Category and Harmonized Tariff Schedule (HTS)
> line item. *Also includes the ability to group products or countries
> (annual only). The data can be viewed in a table or downloaded as
> an **Excel** spreadsheet.*
> - Annual
> - Monthly

## Other Reports.

- U.S. Import/Production Report for Textiles and Apparel, data through **Second Quarter 2007**,(.pdf) **(updated January 2008).**
- The Textile Correlation. A Correlation between the Textile Import Category System and the Harmonized Tariff Schedule (HTS).

- ## The Export Market Report.
  U.S. Exports of Textile and Apparel Products in dollars
  - by Group
  - by Country
  - U.S. Exports to the Middle East
  - Fastest Growing Markets
  - Historical data: 1989-2007

- Expanded Export Data. U.S. Exports of Textile and Apparel Products by Schedule B line item in first unit of quantity and in dollars. The data can be viewed in a table or downloaded as an Excel spreadsheet.

- ## The Textile and Apparel Trade Balance Report.
  In March 2007 OTEXA expanded the product coverage for the Trade Balance Report to correspond to the product coverage of textile provisions under Free Trade Agreements. This coverage is different than that of the Major Shippers Report which covers imports of textile and apparel in products that were subject to possible quota restraint by the United States under the MFA (Multi-Fiber Arrangement). OTEXA plans to use this expanded product coverage in additional future reports. Product Coverage.

| Trade Balance Report for Selected Countries 2005-2007 | Trade Balance Report for Free Trade Agreement Countries 2005-2007 |
|---|---|
| <ul><li>Imports</li><li>Exports</li><li>Trade Balance</li><li>Overview</li></ul> | <ul><li>Imports</li><li>Exports</li><li>Trade Balance</li><li>Overview</li></ul> |
| **Trade Balance Report for Selected Countries 2004-2006** | **Trade Balance Report for Free Trade Agreement Countries 2004-2006** |
| <ul><li>Imports</li><li>Exports</li></ul> | <ul><li>Imports</li><li>Exports</li></ul> |

- Trade Balance
- Overview

- Trade Balance
- Overview

- U.S. Possessions Report. Imports from the Northern Marianas, Guam, the U.S. Virgin Islands, and American Somoa
- Summary of 2007 Agreements
- The "imports.otx" file, a monthly analysis of textile and apparel imports.

## Trade Preference Programs.

| Utilization of certain Tariff Rate Quotas (TRQs). | | | |
|---|---|---|---|
| 2008 | 2007 | 2006 | 2005 |
| 2004 | 2003 | 2002 | 2001 |

## U.S. Imports under Trade Preference Programs

Data in Category Units
- Category 0: Total Textiles and Apparel
- Category 1: Apparel
- Category 2: Non-Apparel
- Category 31: Cotton Apparel
- Category 41: Wool Apparel
- Category 61: MMF Apparel
- Category 81: Silk & Veg. Apparel Products

Data in Million Dollars
- Category 0: Total Textiles and Apparel
- Category 1: Apparel
- Category 2: Non-Apparel
- Category 31: Cotton Apparel
- Category 41: Wool Apparel
- Category 61: MMF Apparel
- Category 81: Silk & Veg. Apparel Products

## U.S. Imports Under

# Free Trade Agreements

Data in Million Dollars

- Total Textiles and Apparel
- Apparel
- Yarn
- Fabric
- Made-ups

Note: this report uses the same product coverage that we use for the Trade Balance Report (above). This coverage corresponds to the product coverage of textile provisions under Free Trade Agreements and is different than that of the Major Shippers Report which covers imports of textile and apparel in products that were subject to possible quota restraint by the United States under the MFA (Multi-Fiber Arrangement). Because we do not have square meter equivalent factors for all of the additional products, the report is provided in U.S. dollars only.

---

## Release Schedule for Official U.S. Census Import and Export Data

| Statistical Month | Release Date |
|---|---|
| December 2007 | 02/14/2008 |
| January 2008 | 03/11/2008 |
| February 2008 | 04/10/2008 |
| March 2008 | 05/09/2008 |
| April 2008 | 06/10/2008 |
| May 2008 | 07/11/2008 |
| June 2008 | 08/12/2008 |
| July 2008 | 09/11/2008 |
| August 2008 | 10/10/2008 |
| September 2008 | 11/13/2008 |

| October 2008 | 12/11/2008 |
| November 2008 | 01/13/2009 |
| December 2008 | 02/11/2009 |

Privacy Policy    Disclaimer
U.S.Department of Commerce    International Trade Administration

# EXHIBIT C

# MAJOR SHIPPERS REPORT: SECTION ONE

## Textiles and Apparel Imports By Category

U.S. Department of Commerce
International Trade Administration
Office of Textiles and Apparel
Categories numbered in the:

- 200 series are of cotton and/or man-made fiber
- 300 series are of cotton
- 400 series are of wool
- 600 series are of man-made fiber
- 700 series are silk apparel but are not included in the aggregate categories above.
- 800 series are of silk blends or non-cotton vegetable fibers

| NOTIONAL CATEGORIES (Aggregations) | | |
|---|---|---|
| 0 TOTAL TEXTILE AND APPAREL IMPORTS (MFA) | (SME ) | ($ VALUE) |
| 1 TOTAL APPAREL IMPORTS (MFA) | (SME ) | ($ VALUE) |
| 2 TOTAL NON-APPAREL IMPORTS (MFA) | (SME ) | ($ VALUE) |
| 11 TOTAL YARN IMPORTS | (SME ) | ( $VALUE) |
| 12 TOTAL FABRIC IMPORTS | (SME ) | ( $VALUE) |
| 14 TOTAL OTHER MISC. IMPORTS | (SME ) | ( $VALUE) |
| 30 COTTON PRODUCTS | (SME ) | ( $VALUE) |
| 31 COTTON APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| 32 COTTON NON-APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| 40 WOOL PRODUCTS | (SME ) | ( $VALUE) |
| 41 WOOL APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| 42 WOOL NON-APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| 60 MAN-MADE FIBER PRODUCTS | (SME ) | ( $VALUE) |
| 61 MAN-MADE FIBER APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| 62 MAN-MADE FIBER NON-APPAREL | (SME ) | ( $VALUE) |
| 80 SILK AND VEG. PRODUCTS | (SME ) | ( $VALUE) |
| 81 SILK AND VEG. APPAREL | (SME ) | ( $VALUE) |
| 82 SILK / VEG. NON-APPAREL PRODUCTS | (SME ) | ( $VALUE) |
| YARN: | | |
| 200 YARN FOR RETAIL SALE,SEWING THREAD | (Kg. ) | ($ VALUE) |
| 201 SPECIALTY YARNS | (Kg. ) | ($ VALUE) |
| 300 CARDED COTTON YARN | (Kg. ) | ($ VALUE) |
| 301 COMBED COTTON YARN | (Kg. ) | ($ VALUE) |
| 400 WOOL YARNS | (Kg. ) | ($ VALUE) |

| | | |
|---|---|---|
| 600 TEXTURED FILAMENT YARN | (Kg. ) | ($ VALUE) |
| 603 YARN>85% ARTIFICIAL STAPLE FIBER | (Kg. ) | ($ VALUE) |
| 604 YARN>85% SYNTHETIC STAPLE FIBER | (Kg. ) | ($ VALUE) |
| 606 NON-TEXTURED FILAMENT YARN | (Kg. ) | ($ VALUE) |
| 607 OTHER STAPLE FIBER YARN | (Kg. ) | ($ VALUE) |
| 800 SILK BLENDS OR NON-CTN VEG FIB YRN | (Kg. ) | ($ VALUE) |
| **FABRIC:** | | |
| 218 FABRICS OF YARNS OF DIFF. COLORS | (M2. ) | ($ VALUE) |
| 219 DUCK FABRIC | (M2. ) | ($ VALUE) |
| 220 FABRIC OF SPECIAL WEAVE | (M2. ) | ($ VALUE) |
| 222 KNIT FABRIC | (Kg. ) | ($ VALUE) |
| 223 NON-WOVEN FABRICS | (Kg. ) | ($ VALUE) |
| 224 PILE / TUFTED FABRICS | (M2. ) | ($ VALUE) |
| 225 BLUE DENIM FABRIC | (M2. ) | ($ VALUE) |
| 226 CHEESECLOTH, BATISTES, LAWNS/VOILE | (M2. ) | ($ VALUE) |
| 227 OXFORD CLOTH | (M2. ) | ($ VALUE) |
| 229 SPECIAL PURPOSE FABRIC | (Kg. ) | ($ VALUE) |
| 313 COTTON SHEETING FABRIC | (M2. ) | ($ VALUE) |
| 314 COTTON POPLIN / BROADCLOTH FAB. | (M2. ) | ($ VALUE) |
| 315 COTTON PRINTCLOTH FABRIC | (M2. ) | ($ VALUE) |
| 317 COTTON TWILL FABRIC | (M2. ) | ($ VALUE) |
| 326 COTTON SATEEN FABRIC | (M2. ) | ($ VALUE) |
| 410 WOOL WOVEN FABRIC | (M2. ) | ($ VALUE) |
| 414 OTHER WOOL FABRICS | (Kg. ) | ($ VALUE) |
| 611 WOVEN FABRIC>85% ARTIF STPLE | (M2. ) | ($ VALUE) |
| 613 MMF SHEETING FABRIC | (M2. ) | ($ VALUE) |
| 614 MMF POPLIN / BROADCLOTH FABRIC | (M2. ) | ($ VALUE) |
| 615 MMF PRINTCLOTH FABRIC | (M2. ) | ($ VALUE) |
| 617 MMF TWILL AND SATEEN FABRIC | (M2. ) | ($ VALUE) |
| 618 WOVEN ARTIFICIAL FILAMENT FAB. | (M2. ) | ($ VALUE) |
| 619 POLYESTER FILAMENT FABRIC, LIGHT-WEIGHT | (M2. ) | ($ VALUE) |
| 620 OTHER SYNTHETIC FILAMENT FABRIC | (M2. ) | ($ VALUE) |
| 621 IMPRESSION FABRIC | (Kg. ) | ($ VALUE) |
| 622 GLASS FIBER FABRIC | (M2. ) | ($ VALUE) |
| 624 WOVEN MMF FABRIC, 15%<WOOL<36% | (M2. ) | ($ VALUE) |
| 625 MMF POPLIN/BROADCLTH STAP/FIL | (M2. ) | ($ VALUE) |
| 626 MMF PRINTCLOTH STAP/FIL | (M2. ) | ($ VALUE) |
| 627 MMF SHEETING STAP/FIL | (M2. ) | ($ VALUE) |

| 628 MMF TWILLS/SATEENS STAP/FIL | (M2. ) | ($ VALUE) |
| 629 OTHER MMF FABRICS OF STAP/FIL | (M2. ) | ($ VALUE) |
| 810 WOVEN FAB, SILK BLD/N-COT VEG FIB | (M2. ) | ($ VALUE) |
| **APPAREL:** | | |
| 237 PLAYSUITS, SUNSUITS, ETC | (Doz ) | ($ VALUE) |
| 239 BABIES' GARM. / CLOTH. ACCESS. | (Kg. ) | ($ VALUE) |
| 330 COTTON HANDKERCHIEFS | (Doz ) | ($ VALUE) |
| 331 COTTON GLOVES AND MITTENS | (Dpr ) | ($ VALUE) |
| 332 COTTON HOSIERY | (Dpr ) | ($ VALUE) |
| 333 M/B SUIT-TYPE COATS, COTTON | (Doz ) | ($ VALUE) |
| 334 OTHER M/B COATS, COTTON | (Doz ) | ($ VALUE) |
| 335 W/G COTTON COATS | (Doz ) | ($ VALUE) |
| 336 COTTON DRESSES | (Doz ) | ($ VALUE) |
| 338 M/B KNIT SHIRTS, COTTON | (Doz ) | ($ VALUE) |
| 339 W/G KNIT SHIRTS/BLOUSES, COTTON | (Doz ) | ($ VALUE) |
| 340 M/B COTTON SHIRTS, NOT KNIT | (Doz ) | ($ VALUE) |
| 341 W/G COT. SHIRTS/BLOUSES,N-KNIT | (Doz ) | ($ VALUE) |
| 342 COTTON SKIRTS | (Doz ) | ($ VALUE) |
| 345 COTTON SWEATERS | (Doz ) | ($ VALUE) |
| 347 M/B COT. TROUSERS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 348 W/G COTTON TROUSERS/SLACKS/SHORTS | (Doz ) | ($ VALUE) |
| 349 BRASSIERES, OTHER BODY SUPPORT GAR | (Doz ) | ($ VALUE) |
| 350 COTTON DRESSING GOWNS, ROBES ETC. | (Doz ) | ($ VALUE) |
| 351 COTTON NIGHTWEAR/PAJAMAS | (Doz ) | ($ VALUE) |
| 352 COTTON UNDERWEAR | (Doz ) | ($ VALUE) |
| 354 W/G DOWN-FILLED COATS | (Doz ) | ($ VALUE) |
| 359 OTHER COTTON APPAREL | (Kg. ) | ($ VALUE) |
| 431 WOOL GLOVES/MITTENS | (Dpr ) | ($ VALUE) |
| 432 WOOL HOSIERY | (Dpr ) | ($ VALUE) |
| 433 M/B SUIT-TYPE COATS, WOOL | (Doz ) | ($ VALUE) |
| 434 OTHER M/B WOOL COATS | (Doz ) | ($ VALUE) |
| 435 W/G WOOL COATS | (Doz ) | ($ VALUE) |
| 436 WOOL DRESSES | (Doz ) | ($ VALUE) |
| 438 WOOL KNIT SHIRTS/BLOUSES | (Doz ) | ($ VALUE) |
| 439 BABIES' GARMENTS/CLOTHING ACCESS. | (Kg. ) | ($ VALUE) |
| 440 WOOL SHIRTS/BLOUSES, NOT-KNIT | (Doz ) | ($ VALUE) |
| 442 WOOL SKIRTS | (Doz ) | ($ VALUE) |
| 443 M/B SUITS, WOOL | (Nos ) | ($ VALUE) |

| | | |
|---|---|---|
| 444 W/G SUITS, WOOL | (Nos ) | ($ VALUE) |
| 445 M/B SWEATERS, WOOL | (Doz ) | ($ VALUE) |
| 446 W/G SWEATERS, WOOL | (Doz ) | ($ VALUE) |
| 447 M/B WOOL TROUSERS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 448 W/G WOOL SLACKS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 459 OTHER WOOL APPAREL | (Kg. ) | ($ VALUE) |
| 630 MMF HANDKERCHIEFS | (Doz ) | ($ VALUE) |
| 631 MMF GLOVES AND MITTENS | (Dpr ) | ($ VALUE) |
| 632 MMF HOSIERY | (Dpr ) | ($ VALUE) |
| 633 M/B MMF SUIT-TYPE COATS | (Doz ) | ($ VALUE) |
| 634 OTHER M/B MMF COATS | (Doz ) | ($ VALUE) |
| 635 W/G MMF COATS | (Doz ) | ($ VALUE) |
| 636 MMF DRESSES | (Doz ) | ($ VALUE) |
| 638 M/B MMF KNIT SHIRTS | (Doz ) | ($ VALUE) |
| 639 W/G MMF KNIT SHIRTS / BLOUSES | (Doz ) | ($ VALUE) |
| 640 M/B NOT-KNIT MMF SHIRTS | (Doz ) | ($ VALUE) |
| 641 W/G NOT-KNIT MMF SHIRTS / BLOUSES | (Doz ) | ($ VALUE) |
| 642 MMF SKIRTS | (Doz ) | ($ VALUE) |
| 643 M/B MMF SUITS | (Nos ) | ($ VALUE) |
| 644 W/G MMF SUITS | (Nos ) | ($ VALUE) |
| 645 M/B MMF SWEATERS | (Doz ) | ($ VALUE) |
| 646 W/G MMF SWEATERS | (Doz ) | ($ VALUE) |
| 647 M/B MMF TROUSERS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 648 W/G MMF SLACKS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 649 MMF BRAS / OTH BODY SUPPORT GARM | (Doz ) | ($ VALUE) |
| 650 MMF ROBES, DRESSING GOWNS, ETC. | (Doz ) | ($ VALUE) |
| 651 MMF NIGHTWEAR / PAJAMAS | (Doz ) | ($ VALUE) |
| 652 MMF UNDERWEAR | (Doz ) | ($ VALUE) |
| 653 M/B MMF DOWN-FILLED COATS | (Doz ) | ($ VALUE) |
| 654 W/G MMF DOWN-FILLED COATS | (Doz ) | ($ VALUE) |
| 659 OTHER MMF APPAREL | (Kg. ) | ($ VALUE) |
| 733 M/B SUIT-TYPE SILK COATS | (Doz ) | ($ VALUE) |
| 735 W/G SILK COATS | (Doz ) | ($ VALUE) |
| 736 SILK DRESSES | (Doz ) | ($ VALUE) |
| 738 M/B SILK KNIT SHIRTS | (Doz ) | ($ VALUE) |
| 739 W/G SILK KNIT SHIRTS / BLOUSES | (Doz ) | ($ VALUE) |
| 740 M/B NOT-KNIT SILK SHIRTS | (Doz ) | ($ VALUE) |
| 741 W/G NOT-KNIT SILK SHIRTS/BLOUSES | (Doz ) | ($ VALUE) |

| | | |
|---|---|---|
| 742 SILK SKIRTS | (Doz ) | ($ VALUE) |
| 744 W/G SILK SUITS | (Nos ) | ($ VALUE) |
| 745 M/B SILK SWEATERS | (Doz ) | ($ VALUE) |
| 746 W/G SILK SWEATERS | (Doz ) | ($ VALUE) |
| 747 M/B SILK TROUSERS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 748 W/G SILK TROUSERS/BREECHES/SHORTS | (Doz ) | ($ VALUE) |
| 750 SILK ROBES, DRESSING GOWNS, ETC | (Doz ) | ($ VALUE) |
| 751 SILK NIGHTWEAR / PAJAMAS | (Doz ) | ($ VALUE) |
| 752 SILK UNDERWEAR | (Doz ) | ($ VALUE) |
| 758 SILK NECKWEAR | (Kg. ) | ($ VALUE) |
| 759 OTHER SILK APPAREL | (Kg. ) | ($ VALUE) |
| 831 GLOVES / MITTENS, SILK / VEG BLEND | (Dpr ) | ($ VALUE) |
| 832 HOSIERY, SILK / VEG BLENDS | (Dpr ) | ($ VALUE) |
| 833 M/B SUIT-TYPE COATS, SLK / VEG | (Doz ) | ($ VALUE) |
| 834 OTHER M/B COATS, SILK / VEG | (Doz ) | ($ VALUE) |
| 835 W/G COATS, SILK / VEG BLENDS | (Doz ) | ($ VALUE) |
| 836 DRESSES, SILK / VEG BLENDS | (Doz ) | ($ VALUE) |
| 838 KNIT SHIRTS / BLOUSES, SILK / VEG | (Doz ) | ($ VALUE) |
| 839 BABY SILK/VEG GARM / CLOTH ACCESS | (Kg. ) | ($ VALUE) |
| 840 N-KNIT SHIRTS / BLOUSES, SILK/VEG | (Doz ) | ($ VALUE) |
| 842 SKIRTS, SILK / VEG. BLENDS | (Doz ) | ($ VALUE) |
| 843 M/B SUITS, SILK / VEG BLENDS | (Nos ) | ($ VALUE) |
| 844 W/G SUITS, SILK / VEG BLENDS | (Nos ) | ($ VALUE) |
| 845 SWEATERS, OTH NON-COT VEG FIBERS | (Doz ) | ($ VALUE) |
| 846 SWEATERS, SILK BLENDS | (Doz ) | ($ VALUE) |
| 847 TROUSERS/BREECHES/SHORTS, SILK/VEG | (Doz ) | ($ VALUE) |
| 850 ROBES, DRESSING GOWNS, ETC, SILK/V | (Doz ) | ($ VALUE) |
| 851 NIGHTWEAR / PJ'S, SILK / VEG | (Doz ) | ($ VALUE) |
| 852 UNDERWEAR, SILK / VEG BLENDS | (Doz ) | ($ VALUE) |
| 858 NECKWEAR, SILK / VEG BLENDS | (Kg. ) | ($ VALUE) |
| 859 OTHER SILK / NON-COT. VEG APPAREL | (Kg. ) | ($ VALUE) |
| **MADE-UPS:** | | |
| 360 COTTON PILLOWCASES | (Nos ) | ($ VALUE) |
| 361 COTTON SHEETS | (Nos ) | ($ VALUE) |
| 362 COTTON BEDSPREADS / QUILTS | (Nos ) | ($ VALUE) |
| 363 COTTON TERRY / OTHER PILE TOWELS | (Nos ) | ($ VALUE) |
| 369 OTHER COTTON MANUFACTURES | (Kg. ) | ($ VALUE) |
| 464 WOOL BLANKETS | (Kg. ) | ($ VALUE) |

| | | |
|---|---|---|
| 465 WOOL FLOOR COVERINGS | (M2. ) | ($ VALUE) |
| 469 OTHER WOOL MANUFACTURES | (Kg. ) | ($ VALUE) |
| 665 MMF FLOOR COVERINGS | (M2. ) | ($ VALUE) |
| 666 OTHER MMF FURNISHINGS | (Kg. ) | ($ VALUE) |
| 669 OTHER MMF MANUFACTURES | (Kg. ) | ($ VALUE) |
| 670 MMF FLAT GOODS, HANDBAGS, LUGGAGE | (Kg. ) | ($ VALUE) |
| 863 TOWELS, SILK / VEG. BLENDS | (Nos ) | ($ VALUE) |
| 870 LUGGAGE, SILK / VEG. BLENDS | (Kg. ) | ($ VALUE) |
| 871 HANDBAGS / FLATGOODS, SILK / VEG | (Kg. ) | ($ VALUE) |
| 899 OTH SILK / VEG BLEND MANUFACTURES | (Kg. ) | ($ VALUE) |

Go back to Trade Data Page

Go back to OTEXA Home Page