| | |
|---|---|
| 1 | GARTH T. VINCENT (SBN 146574) |
|   | MUNGER, TOLLES & OLSON LLP |
| 2 | 355 South Grand Avenue |
|   | Thirty-Fifth Floor |
| 3 | Los Angeles, CA  90071-1560 |
|   | Telephone:     (213) 683-9100 |
| 4 | Facsimile:      (213) 687-3702 |
|   | Email: *garth.vincent@mto.com* |
| 5 | |
|   | AMY TOVAR (SBN 230370) |
| 6 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street |
| 7 | Twenty-Seventh Floor |
|   | San Francisco, CA  94105-2907 |
| 8 | Telephone:     (415) 512-4000 |
|   | Facsimile:      (415) 512-4077 |
| 9 | Email: *amy.tovar@mto.com* |
| 10 | Attorneys for Defendants |
|    | KAM HING ENTERPRISES, INC.; SUNHAM HOME |
| 11 | FASHIONS, LLC; HOWARD YUNG; and ARTHUR |
|    | COURBANOU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>                              Plaintiff,<br><br>               vs.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>                              Defendants. | CASE NO.  3:08-CV-00871-MMC<br><br>**NOTICE OF CONTINUANCE PURSUANT TO LOCAL RULE 7-7(A) OF HEARING FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT AND STRIKE IMPROPER PRAYER FOR RELIEF**<br><br>Original Noticed Date:  April 11, 2008<br><br>**Continued Date:   April 25, 2008**<br><br>Time: 9:00 a.m.<br><br>Courtroom: 7 |

TO THE COURT AND COUNSEL OF RECORD:

Please take notice that Defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou hereby continue the hearing date for

4659903.1

NOTICE OF CONTINUANCE OF HEARING
CASE NO. 3:08-CV-000871-MMC

1  Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6) and 12(b)(2) and to Strike
2  Improper Prayer for Relief Pursuant to Fed. R. Civ. Proc. 12(f) originally noticed for April 11,
3  2008 to April 25, 2008.  Pursuant to Local Rule 7-7(a), a party who has filed a motion may
4  continue the originally noticed hearing date for that motion to a later date if no opposition to the
5  motion has been filed and the time for filing an opposition has not expired.  Plaintiff has not filed
6  an opposition and the time for filing an opposition has not expired.

Dated: March 17, 2008                                  Munger, Tolles & Olson LLP
                                                                            GARTH T. VINCENT
                                                                            AMY TOVAR


                                                                    By:             /s/
                                                                            AMY TOVAR

                                                                    Attorneys for Defendants
                                                                    KAM HING ENTERPRISES, INC.;
                                                                    SUNHAM HOME FASHIONS, LLC;
                                                                    HOWARD YUNG; and ARTHUR
                                                                    COURBANOU