1   SHARTSIS FRIESE LLP
    ROBERT CHARLES WARD (Bar #160824)
2   rward@sflaw.com
    One Maritime Plaza, Eighteenth Floor
3   San Francisco, CA 94111
    Telephone: (415) 421-6500
4   Facsimile: (415) 421-2922

5   Attorneys for Plaintiff
    E&E Co., Ltd., a California corporation
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  E&E CO., LTD., a California corporation,        Case No. C08-00871 MMC

13              Plaintiff,                          **CERTIFICATE OF SERVICE**

14  v.

15  KAM HING ENTERPRISES, INC.;
    SUNHAM HOME FASHIONS, LLC; JJ
16  INTERNATIONAL TRADING
    COMPANY; HOWARD YUNG;
17  ARTHUR COURBANOU; and DOES 1-
    100, inclusive,
18
                Defendants.
19

20      I, Elaine Woo, declare:

21      I am a citizen of the United States and employed in the City and County of San Francisco,

22  California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco,

23  California 94111. I am over the age of eighteen years and am not a party to the within-entitled

24  action.

25      On April 4, 2008, at Shartsis Friese LLP located at the above-referenced address, and,

26  pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served

27  on the interested parties in said cause a copy of the within document(s):

28

*Sidebar:* SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -

PLAINTIFF'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(6) AND 12(B)(2) AND TO STRIKE IMPROPER PRAYER FOR RELIEF PURSUANT TO FED. R. CIV. PROC. 12(F); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐    by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐    by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐    by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

☐    by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Garth Tyler Vincent, Esq.
Munger Tolles & Olson LLP
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2008, in San Francisco, California.

*Elaine Woo*

Elaine Woo

6197\007\EWOO\1503431.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C08-00871 MMC      CERTIFICATE OF SERVICE