GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
Email: *garth.vincent@mto.com*

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077
Email: *amy.tovar@mto.com*

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>                    Defendants. | CASE NO.  3:08-CV-00871-MMC<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13 |

1    Pursuant to Local Rule 3-13, Defendants Kam Hing Enterprises, Inc. ("Kam Hing"), Sunham Home Fashions, LLC ("Sunham"), Howard Yung, and Arthur Courbanou ("Defendants") hereby provide notice of two actions pending in the United States District Court for the Southern District of New York. Both actions involve the plaintiff and a defendant named in the action pending before this Court (the "California Action").

An action entitled *Kam Hing Enterprises, Inc. v. Wal-Mart Stores, Inc., E&E Co., Ltd., JLA Home, Inc., and JLA Home Fabrics, Inc.,* Civ. No. 07-CV-2316 (MGC), was filed March 19, 2007 (the "Wal-Mart Action"). The Wal-Mart Action is pending before the Honorable Miriam Goldman Cedarbaum, U.S.D.J. in New York, New York (Foley Square) and asserts two claims for copyright infringement pursuant to 17 U.S.C. § 501.

Kam Hing and E&E Co., Ltd. ("E&E") are parties to both the Wal-Mart Action and the California Action. In particular, the Wal-Mart Action was brought by Kam Hing, a defendant in the California Action, against E&E, the plaintiff in the California Action. Nine months after Kam Hing filed the Wal-Mart Action against E&E, and during the pendency of discovery in that case, E&E filed the California Action in Alameda County Superior Court against Kam Hing.

Both actions involve the purchase and sale of textiles. But the Wal-Mart Action relates to the infringing use by E&E and others of works to which Kam Hing owns the exclusive copyright. In contrast, the California Action concerns Defendants' alleged dealings with various overseas entities involved in the textiles trade. The actions involve different substantive legal issues – the Wal-Mart Action is based on federal copyright law whereas the California Action is based on California antitrust and unfair competition laws – and the relief requested is different. Defendants therefore call the Wal-Mart Action to the Court's attention from the perspective of full disclosure, but at this time do not believe that transfer should be effected pursuant to 28 U.S.C. § 1407 or that other coordination will avoid conflicts, conserve resources and promote an efficient determination of the action.

Another action, entitled *Sunham Home Fashions, LLC v. JLA Home Fabrics, Inc., and JLA Home, a division of E&E Co., Ltd.*, Civ. No. 06-CV-2697 (RMB), was filed March 22,

2006 in the Supreme Court of the State of New York, New York County (the "JLA Action"). The JLA Action was removed to federal court and is pending before the Honorable Robert Berman, U.S.D.J. in New York, New York (Foley Square).

Sunham, a defendant in the California Action, commenced the JLA Action against JLA Home Fabrics, Inc. and JLA Home, a division of E&E, the plaintiff in the California Action. The JLA Action alleges that the defendants induced a former key Sunham employee to repudiate and breach provisions of that employee's termination with Sunham by providing the defendants confidential information regarding the names and addresses of Sunham's customers, vendors, and employees as well as information relating to Sunham's pricing structure. The JLA Action asserts four causes of action under New York law and seeks monetary damages and injunctive relief. Because the JLA Action and the California Action appear to involve different subject matters and are based on the laws of different states, Defendants do not believe that transfer or other coordination is warranted at this time.

Dated: April 22, 2008

Munger, Tolles & Olson LLP
   GARTH T. VINCENT
   AMY TOVAR

By: _____/s/_____
    AMY TOVAR

Attorneys for Defendants
KAM HING ENTERPRISES, INC.;
SUNHAM HOME FASHIONS, LLC;
HOWARD YUNG; and ARTHUR COURBANOU