SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
NICHOLAS A. PILGRIM (Bar #232108)
npilgrim@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
E&E CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAM HING ENTERPRISES INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR CORBANOU; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08-00871 MMC<br><br>**NOTICE OF APPEARANCE**<br><br>Date:    April 25, 2008<br>Time:   9:00 a.m.<br>Dept:    7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nicholas A. Pilgrim of Shartsis Friese LLP, hereby enters his appearance on behalf of Plaintiff E&E Co., Ltd. Copies of all pleadings, papers and notices should be served as follows:

Robert Charles Ward (rward@sflaw.com)
Nicholas A. Pilgrim (npilgrim@sflaw.com)
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

- 1 -

| Case No.<br>C08-00871 MMC | NOTICE OF APPEARANCE |
|---|---|

| | | |
|---|---|---|
| 1 | DATED: April 23, 2008 | SHARTSIS FRIESE LLP |
| 2 | | |
| 3 | | By: /s/ Nicholas A. Pilgrim |
| 4 | | NICHOLAS A. PILGRIM |
| 5 | | Attorneys for Plaintiff<br>E&E CO., LTD. |

6197\007\NPILGRIM\1506412.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C08-00871 MMC

- 2 -
NOTICE OF APPEARANCE

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
NICHOLAS A. PILGRIM (Bar #232108)
npilgrim@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
E&E Co., Ltd., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08-00871 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, Elaine Woo, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On April 23, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF APPEARANCE**

- 1 -

Case No. C08-00871 MMC    CERTIFICATE OF SERVICE

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐ by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐ by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☒ by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

☐ by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Garth Tyler Vincent, Esq.
Munger Tolles & Olson LLP
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9170
Facsimile: (213) 687-3702
Garth.Vincent@mto.com

**Attorneys for Defendants Kam Hing Enterprises, Inc.; Sunham Home Fashions, LLC; Howard Yung; and Arthur Courbanou**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2008, in San Francisco, California.

_____
Elaine Woo

6197\007\EWOO\1506416.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C08-00871 MMC

- 2 -
CERTIFICATE OF SERVICE