UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E&E Co., Ltd.

          Plaintiff(s),

v.

Kam Hing Enterprises, Inc., et al.

          Defendant(s).

Case No. 3:08-CV-00871-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/24/2008

[Party]

Dated: 4/23/08

[Counsel]

# CERTIFICATE OF SERVICE

I, Elaine Woo, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On April 24, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
3:08-cv-00871
MMC

- 2 -
CERTIFICATE OF SERVICE

| | |
|---|---|
| Garth Tyler Vincent, Esq.<br>Munger Tolles & Olson LLP<br>355 S Grand Avenue 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9170<br>Facsimile: (213) 687-3702<br>Garth.Vincent@mto.com | **Attorneys for Defendants Kam Hing Enterprises, Inc.; Sunham Home Fashions, LLC; Howard Yung; and Arthur Courbanou** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2008, in San Francisco, California.

*/s/ Elaine Woo*
Elaine Woo

6197\007\EWOO\1506824.1

Case No.
3:08-cv-00871
MMC

- 3 -

CERTIFICATE OF SERVICE