UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E&E Co., Ltd.

CASE NO. 3:08-cv-00871-MMC

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Kam Hing Enterprises, Inc., et al.

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 16, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Amy Tovar | Defendants | 415-512-4058 | amy.tovar@mto.com |
| Nicholas Pilgrim | Plaintiff | 415-421-6500 x 223 | npilgrim@sflaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/23/08

Attorney for Plaintiff

Dated: April 23, 2008

Attorney for Defendant

Rev 12.05

# CERTIFICATE OF SERVICE

I, Elaine Woo, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On April 24, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

Case No.
3:08-cv-00871
MMC

CERTIFICATE OF SERVICE

- 2 -

Garth Tyler Vincent, Esq.
Munger Tolles & Olson LLP
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9170
Facsimile: (213) 687-3702
Garth.Vincent@mto.com

**Attorneys for Defendants Kam Hing Enterprises, Inc.; Sunham Home Fashions, LLC; Howard Yung; and Arthur Courbanou**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2008, in San Francisco, California.

*Elaine Woo*
_____
Elaine Woo

6197\007\EWOO\1506824.1

Case No.
3:08-cv-00871
MMC

- 3 -
CERTIFICATE OF SERVICE