GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *garth.vincent@mto.com*

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *amy.tovar@mto.com*

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-00871-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING [1] DEADLINE TO FILE RULE 26(f) REPORT, COMPLETE INITIAL DISCLOSURES AND FILE CASE MANAGEMENT STATEMENT AND [2] HEARING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |

1  Plaintiff E&E Co., Ltd. and Defendants Kam Hing Enterprises, Inc., Sunham
2  Home Fashions, LLC, Howard Yung, and Arthur Courbanou, by and through their respective
3  counsel of record, hereby declare and stipulate as follows:
4  WHEREAS, the Court dismissed the Complaint on April 29, 2008 with leave to
5  amend and gave Plaintiff until May 16, 2008 to file an amended complaint;
6  WHEREAS, under the Court's scheduling order of February 8, 2008, the last day
7  the Parties may file their Rule 26(f) Reports, complete initial disclosures, and file a Joint Case
8  Management Statement is May 9, 2008;
9  WHEREAS, under the Court's scheduling order of February 8, 2008, the Initial
10 Case Management Conference ("CMC") is set for May 16, 2008 at 10:30 a.m.;
11 WHEREAS, there is currently no operative complaint filed in this case;
12 WHEREAS, Plaintiff has informed Defendants that it intends to file an Amended
13 Complaint;
14 WHEREAS, the Parties believe that it would further the interests of efficiency and
15 conservation of resources to reset the CMC to a date after Plaintiff has filed its Amended
16 Complaint and after Defendants have moved to dismiss or have otherwise responded to the
17 Amended Complaint;
18 WHEREAS, the Parties agree that initial disclosures and discovery shall be stayed
19 until after the Court denies all or part of a Motion to Dismiss the Amended Complaint;
20 WHEREAS, the Parties believe that the modifications to the schedule as set forth
21 herein will not materially affect the overall schedule for the case; and
22 WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there
23 have been two previous time modifications in this case, filed on February 14, 2008 and March 17,
24 2008.  Those modifications related to Defendants' time to respond to the Complaint and the
25 hearing date for the Motion to Dismiss the Complaint, respectively.
26 //
27 //
28 //

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

[1] The May 16, 2008 CMC shall be taken off calendar.

    [a] The CMC shall be rescheduled in the event that the Court denies all or part of a Motion to Dismiss the Amended Complaint.

    [b] In the alternative, the CMC is reset for _____, 2008.

[2] The May 9, 2008 deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is vacated. The deadline shall be reset for a week before the rescheduled CMC.

Dated: May 6, 2008                         Munger, Tolles & Olson LLP
                                                  AMY TOVAR

By: _____/s/_____
        AMY TOVAR

Attorney for Defendants

DATED: May 6, 2008                       Shartsis Friese LLP
                                                  NICHOLAS PILGRIM

By: _____/s/_____
        NICHOLAS PILGRIM

Attorney for Plaintiff

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE