1    GARTH T. VINCENT (SBN 146574)
     MUNGER, TOLLES & OLSON LLP
2    355 South Grand Avenue
     Thirty-Fifth Floor
3    Los Angeles, CA  90071-1560
     Telephone:    (213) 683-9100
4    Facsimile:    (213) 687-3702
     Email: *garth.vincent@mto.com*
5
     AMY TOVAR (SBN 230370)
6    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
7    Twenty-Seventh Floor
     San Francisco, CA  94105-2907
8    Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
9    Email: *amy.tovar@mto.com*

10   Attorneys for Defendants
     KAM HING ENTERPRISES, INC.; SUNHAM HOME
11   FASHIONS, LLC; HOWARD YUNG; and ARTHUR
     COURBANOU
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16
17   E&E CO., LTD., A California corporation,          CASE NO.  3:08-CV-00871-MMC

            Plaintiff,                                 **STIPULATION AND ~~[PROPOSED]~~**
18                                                     **ORDER REGARDING [1] DEADLINE TO**
         vs.                                           **FILE RULE 26(f) REPORT, COMPLETE**
19                                                     **INITIAL DISCLOSURES AND FILE CASE**
     KAM HING ENTERPRISES, INC.;                       **MANAGEMENT STATEMENT AND [2]**
20   SUNHAM HOME FASHIONS, LLC; JJ                     **HEARING DATE FOR INITIAL CASE**
     INTERNATIONAL TRADING                             **MANAGEMENT CONFERENCE**
21   COMPANY; HOWARD YUNG,
     ARTHUR COURBANOU; and DOES 1-
22   100, inclusive,

23          Defendants.

24
25
26
27
28

1           Plaintiff E&E Co., Ltd. and Defendants Kam Hing Enterprises, Inc., Sunham

2    Home Fashions, LLC, Howard Yung, and Arthur Courbanou, by and through their respective

3    counsel of record, hereby declare and stipulate as follows:

4           WHEREAS, the Court dismissed the Complaint on April 29, 2008 with leave to

5    amend and gave Plaintiff until May 16, 2008 to file an amended complaint;

6           WHEREAS, under the Court's scheduling order of February 8, 2008, the last day

7    the Parties may file their Rule 26(f) Reports, complete initial disclosures, and file a Joint Case

8    Management Statement is May 9, 2008;

9           WHEREAS, under the Court's scheduling order of February 8, 2008, the Initial

10   Case Management Conference ("CMC") is set for May 16, 2008 at 10:30 a.m.;

11          WHEREAS, there is currently no operative complaint filed in this case;

12          WHEREAS, Plaintiff has informed Defendants that it intends to file an Amended

13   Complaint;

14          WHEREAS, the Parties believe that it would further the interests of efficiency and

15   conservation of resources to reset the CMC to a date after Plaintiff has filed its Amended

16   Complaint and after Defendants have moved to dismiss or have otherwise responded to the

17   Amended Complaint;

18          WHEREAS, the Parties agree that initial disclosures and discovery shall be stayed

19   until after the Court denies all or part of a Motion to Dismiss the Amended Complaint;

20          WHEREAS, the Parties believe that the modifications to the schedule as set forth

21   herein will not materially affect the overall schedule for the case; and

22          WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there

23   have been two previous time modifications in this case, filed on February 14, 2008 and March 17,

24   2008.  Those modifications related to Defendants' time to respond to the Complaint and the

25   hearing date for the Motion to Dismiss the Complaint, respectively.

26   //

27   //

28   //

1                ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

2           [1]     The May 16, 2008 CMC shall be taken off calendar.

3                   [a]     The CMC shall be rescheduled in the event that the Court denies

4                           all or part of a Motion to Dismiss the Amended Complaint.

5                   [b]     In the alternative, the CMC is reset for _____, 2008.

6           [2]     The May 9, 2008 deadline to file Rule 26(f) Report, complete initial

7    disclosures or state objection in Rule 26(f) Report and file Case Management Statement is

8    vacated.  The deadline shall be reset for a week before the rescheduled CMC.

9

10   Dated: May 6, 2008                  Munger, Tolles & Olson LLP
                                      AMY TOVAR

11

12                                 By:_____/s/_____

13                                    AMY TOVAR

14                               Attorney for Defendants

15   DATED:  May 6, 2008                Shartsis Friese LLP
                                      NICHOLAS PILGRIM

16

17                                 By:_____/s/_____
                                 NICHOLAS PILGRIM

18                               Attorney for Plaintiff

19

20

21                               ORDER

22             PURSUANT TO STIPULATION, IT IS SO ORDERED, specifically, the CMC is reset

23   for July 25, 2008.

24   DATED:   May 8, 2008

25                              _____

26                              UNITED STATES DISTRICT JUDGE

27

28