GARTH T. VINCENT (SBN 146574)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: *garth.vincent@mto.com*

AMY TOVAR (SBN 230370)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email: *amy.tovar@mto.com*

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; and ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG, ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>  Defendants. | CASE NO.  3:08-CV-00871-MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

PLAINTIFF E&E CO., LTD., AND DEFENDANTS KAM HING ENTERPRISES, INC., SUNHAM HOME FASHIONS, LLC, HOWARD YUNG, AND ARTHUR COURBANOU, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY AGREE AND STIPULATE AS FOLLOWS:

WHEREAS, Plaintiff filed an Amended Complaint on May 16, 2008;

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants' response to the Amended Complaint is due on May 30, 2008;

WHEREAS, the parties have agreed to extend Defendants' time to respond to the Amended Complaint until June 13, 2008;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have until June 13, 2008 within which to answer or otherwise respond to the Amended Complaint.

Dated: May 20, 2008

Munger, Tolles & Olson LLP
AMY TOVAR

By: /s/
AMY C. TOVAR

Attorney for Defendants
KAM HING ENTERPRISES, INC.;
SUNHAM HOME FASHIONS, LLC;
HOWARD YUNG; and ARTHUR
COURBANOU

Dated: May 20, 2008

Shartsis Friese LLP
ROBERT CHARLES WARD

By: /s/
ROBERT CHARLES WARD

Attorney for Plaintiff
E&E CO., LTD