GARTH T. VINCENT (SBN 146574)
Garth.Vincent@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

AMY C. TOVAR (SBN 230370)
Amy.Tovar@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
KAM HING ENTERPRISES, INC.; SUNHAM HOME
FASHIONS, LLC; HOWARD YUNG; AND ARTHUR
COURBANOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD. A California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAM HING ENTERPRISES, INC.;<br>SUNHAM HOME FASHIONS, LLC;<br>JJ INTERNATIONAL TRADING<br>COMPANY; HOWARD YUNG,<br>ARTHUR COURBANOU; and DOES 1-<br>100, inclusive,<br><br>Defendants. | CASE NO.  3:08-CV-00871-MMC<br><br>**DEFENDANTS' CERTIFICATION OF<br>NON-PARTY INTERESTED ENTITIES<br>OR PERSONS PURSUANT TO LOCAL<br>RULE 3-16** |

1          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

2     the named parties, there is no such interest to report.

3

4

5     DATED: July 1, 2008                    Munger, Tolles & Olson LLP
                                              GARTH T. VINCENT
6                                             AMY C. TOVAR

7

8                                             By:_____/s/_____
                                                       AMY C. TOVAR

9
                                              Attorneys for Defendants
10                                            KAM HING ENTERPRISES, INC.;
                                              SUNHAM HOME FASHIONS, LLC;
11                                            HOWARD YUNG; AND ARTHUR
                                              COURBANOU

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28