1  GARTH T. VINCENT (SBN 146574)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue
   Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702
   Email: *garth.vincent@mto.com*
5

6  AMY TOVAR (SBN 230370)
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street
7  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
8  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
9  Email: *amy.tovar@mto.com*

10 Attorneys for Defendants
   KAM HING ENTERPRISES, INC.; SUNHAM HOME
11 FASHIONS, LLC; HOWARD YUNG; and ARTHUR
   COURBANOU

12
                           UNITED STATES DISTRICT COURT
13
                          NORTHERN DISTRICT OF CALIFORNIA
14
                               SAN FRANCISCO DIVISION
15

16

17 | E&E CO., LTD., A California corporation, | CASE NO.  3:08-CV-00871-MMC |

       Plaintiff,                           **STIPULATION AND [PROPOSED]**
18                                          **ORDER REGARDING HEARING DATE**
       vs.                                  **FOR CASE MANAGEMENT**
19                                          **CONFERENCE**

20 KAM HING ENTERPRISES, INC.;
   SUNHAM HOME FASHIONS, LLC; JJ
   INTERNATIONAL TRADING
21 COMPANY; HOWARD YUNG,
   ARTHUR COURBANOU; and DOES 1-
22 100, inclusive,

23         Defendants.

24

25

26

27

28

1   Plaintiff E&E Co., Ltd. and Defendants Kam Hing Enterprises, Inc., Sunham
2   Home Fashions, LLC, Howard Yung, and Arthur Courbanou, by and through their respective
3   counsel of record, hereby declare and stipulate as follows:
4   WHEREAS, the Court has set a Case Management Conference ("CMC") for July
5   25, 2008 at 10:30 a.m.;
6   WHEREAS, the hearing for Defendants' Motion to Dismiss Plaintiff's First
7   Amended Complaint is set for August 1, 2008 at 9:00 a.m.;
8   WHEREAS, the Parties believe that it would further the interests of efficiency and
9   conservation of resources to reset the CMC to the same date as the hearing for the Motion to
10  Dismiss;
11  WHEREAS, the Parties believe that the modifications to the schedule as set forth
12  herein will not materially affect the overall schedule for the case; and
13  WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there
14  have been four previous time modifications in this case, filed on February 14, 2008, March 17,
15  2008, May 6, 2008, and May 20, 2008.  Those modifications related to Defendants' time to
16  respond to the Complaint, the hearing date for the Motion to Dismiss the Complaint, resetting the
17  CMC, and Defendants' time to respond to the First Amended Complaint, respectively.
18  ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
19  The CMC currently set for July 25, 2008 at 10:30 a.m. shall be reset for August 1,
20  2008 at 10:30 a.m.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

| | | |
|---|---|---|
| 1 | Dated: July 1, 2008 | Munger, Tolles & Olson LLP |
| 2 | | AMY TOVAR |
| 3 | | |
| 4 | | By:       /s/       |
| | | AMY TOVAR |
| 5 | | Attorney for Defendants |
| 6 | DATED: July 1, 2008 | Shartsis Friese LLP |
| 7 | | ROBERT CHARLES WARD |
| 8 | | By:       /s/       |
| 9 | | ROBERT CHARLES WARD |
| 10 | | Attorney for Plaintiff |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

UNITED STATES DISTRICT JUDGE