1  GARTH T. VINCENT (SBN 146574)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue
   Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702
   Email: *garth.vincent@mto.com*
5
   AMY TOVAR (SBN 230370)
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
7  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
8  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
9  Email: *amy.tovar@mto.com*

10 Attorneys for Defendants
   KAM HING ENTERPRISES, INC.; SUNHAM HOME
11 FASHIONS, LLC; HOWARD YUNG; and ARTHUR
   COURBANOU
12
                  UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16
17 E&E CO., LTD., A California corporation,          CASE NO.  3:08-CV-00871-MMC

           Plaintiff,                          **STIPULATION AND [PROPOSED]**
18                                             **ORDER REGARDING HEARING DATE**
       vs.                                     **FOR CASE MANAGEMENT**
19                                             **CONFERENCE**
   KAM HING ENTERPRISES, INC.;
20 SUNHAM HOME FASHIONS, LLC; JJ
   INTERNATIONAL TRADING
21 COMPANY; HOWARD YUNG,
   ARTHUR COURBANOU; and DOES 1-
22 100, inclusive,

23         Defendants.

24
25
26
27
28
                                                   STIPULATION AND [PROPOSED] ORDER
                                                   CASE NO. 3:08-CV-00871-MMC

1          Plaintiff E&E Co., Ltd. and Defendants Kam Hing Enterprises, Inc., Sunham

2    Home Fashions, LLC, Howard Yung, and Arthur Courbanou, by and through their respective

3    counsel of record, hereby declare and stipulate as follows:

4          WHEREAS, the Court has set a Case Management Conference ("CMC") for July

5    25, 2008 at 10:30 a.m.;

6          WHEREAS, the hearing for Defendants' Motion to Dismiss Plaintiff's First

7    Amended Complaint is set for August 1, 2008 at 9:00 a.m.;

8          WHEREAS, the Parties believe that it would further the interests of efficiency and

9    conservation of resources to reset the CMC to the same date as the hearing for the Motion to

10   Dismiss;

11         WHEREAS, the Parties believe that the modifications to the schedule as set forth

12   herein will not materially affect the overall schedule for the case; and

13         WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there

14   have been four previous time modifications in this case, filed on February 14, 2008, March 17,

15   2008, May 6, 2008, and May 20, 2008.  Those modifications related to Defendants' time to

16   respond to the Complaint, the hearing date for the Motion to Dismiss the Complaint, resetting the

17   CMC, and Defendants' time to respond to the First Amended Complaint, respectively.

18         ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

19         The CMC currently set for July 25, 2008 at 10:30 a.m. shall be reset for August 1,

20   2008 at 10:30 a.m.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:08-CV-00871-MMC

1    Dated: July 1, 2008                          Munger, Tolles & Olson LLP
                                                        AMY TOVAR
2

3
                                                  By:_____/s/_____
4                                                            AMY TOVAR

5                                                 Attorney for Defendants

6    DATED:  July 1, 2008                          Shartsis Friese LLP
                                                        ROBERT CHARLES WARD
7

8                                                 By:_____/s/_____
                                                          ROBERT CHARLES WARD
9
                                                  Attorney for Plaintiff
10

11

12                                        ORDER
13
            PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the
14   July 25, 2008 Case Management Conference is continued to August 22, 2008.  The parties shall
     file a Joint Case Management Conference Statement no later than August 15, 2008.
15
     DATED:  July 2, 2008
16
                                                  _____
17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                                  STIPULATION AND [PROPOSED] ORDER
                                                  CASE NO. 3:08-CV-00871-MMC