IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., a California corporation, | No. C-08-0871 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 1, 2008 HEARING** |
| v. | |
| KAM HING ENTERPRISES, INC., et al. | |
| Defendants. | |

Before the Court is the motion, filed June 13, 2008 by defendants, to dismiss plaintiff's First Amended Complaint pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure. Plaintiff has filed opposition, to which defendants have replied.

Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the hearing scheduled for August 1, 2008.

**IT IS SO ORDERED.**

Dated: July 30, 2008

MAXINE M. CHESNEY
United States District Judge