**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., a California corporation, | No. C-08-0871 MMC |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| KAM HING ENTERPRISES, INC., et al. | |
|     Defendants. | |

    The Court is in receipt of the parties' "Joint Case Management Statement," filed August 15, 2008.

    Given the current status of the case, specifically the pending motion to dismiss the Second Amended Complaint, the August 22, 2008 Case Management Conference is hereby CONTINUED to November 21, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than November 14, 2008.

    **IT IS SO ORDERED.**

Dated: August 18, 2008

MAXINE M. CHESNEY
United States District Judge