SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
E&E Co., Ltd., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation, | Case No. C08-00871 MMC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | Judge: Hon. Maxine M. Chesney |
| KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR COURBANOU; and DOES 1-100, inclusive, | Courtroom: 7, 19th Fl. |
| Defendants. | |

PLEASE TAKE NOTICE THAT Nicholas M. Pilgrim is no longer associated with Shartsis Friese LLP, counsel for Plaintiff in this action, and is hereby substituted by Felicia A. Draper. Service should thereafter be made solely on:

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

2   SHARTSIS FRIESE LLP
    ROBERT CHARLES WARD (Bar #160824)
3   rward@sflaw.com
    JAMES P. MARTIN (Bar #170044)
4   jmartin@sflaw.com
    FELICIA A. DRAPER (Bar #242668)
5   fdraper@sflaw.com
    One Maritime Plaza, 18th Floor
6   San Francisco, CA  94111
    Telephone:  415-421-6500
7   Facsimile:  415-421-2922

8   DATED:        August 19, 2008            SHARTSIS FRIESE LLP

9

10                                           By: /s/ Felicia A. Draper
                                                  FELICIA A. DRAPER
11
                                            Attorneys for Plaintiff
12                                          E&E CO., LTD., a California corporation

13  6197\007\SBROOKS\1529594.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.                    NOTICE OF SUBSTITUTION OF ATTORNEY
C08-00871 MMC