SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
E&E Co., Ltd., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>KAM HING ENTERPRISES, INC.; SUNHAM HOME FASHIONS, LLC; JJ INTERNATIONAL TRADING COMPANY; HOWARD YUNG; ARTHUR COURBANOU; and DOES 1-100, inclusive,<br><br>           Defendants. | Case No.  C08-00871 MMC<br><br>**PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

- 2 -

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

3   DATED: August 18, 2008                    SHARTSIS FRIESE LLP

5                                              By: */s/ Robert Charles Ward*
6                                                   ROBERT CHARLES WARD

7                                              Attorneys for Plaintiff
                                                E&E CO., LTD., a California corporation

6197\007\1529622.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C08-00871 MMC       PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED
                    ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16

# PROOF OF SERVICE

I, Janis L. Ing, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On August 20, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

Garth Tyler Vincent, Esq.
Munger Tolles & Olson LLP
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 20, 2008, in San Francisco, California.

_____
Janis L. Ing

6197\007\1529912.1

Case No.
C08-00871 MMC

MASTER PROOF