IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E&E CO., LTD.,

    Plaintiff,

  v.

KAM HING ENTERPRISES, INC., et al.,

    Defendants.

No. C-08-871 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On October 6, 2008, defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou filed a motion to dismiss plaintiff's Second Amended Complaint. The motion was noticed for hearing November 21, 2008. The Initial Case Management Conference in the above-titled action likewise is scheduled for November 21, 2008.

In the interest of judicial economy, the Case Management Conference is hereby CONTINUED to February 6, 2009. The parties shall file a Joint Case Management Conference Statement no later than January 30, 2009.

**IT IS SO ORDERED.**

Dated: November 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge