IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO, LTD., | No. C-08-871 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KAM HING ENTERPRISES, INC., et al., | |
| Defendants.                                    / | |

On November 14, 2008, the Court continued the Initial Case Management Conference in the above-titled action to February 6, 2009. On January 23, 2009, defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou filed a motion to dismiss plaintiff's Third Amended Complaint, which motion is noticed for hearing February 27, 2009.

In light of the pending motion to dismiss, the Case Management Conference is hereby CONTINUED to April 10, 2009. The parties shall file a Joint Case Management Conference Statement no later than April 3, 2009.

**IT IS SO ORDERED.**

Dated: February 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge