IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., | No. C-08-0871 MMC |
| Plaintiff, | **ORDER VACATING FEBRUARY 27, 2009 HEARING** |
| v. | |
| KAM HING ENTERPRISES, INC., et al., | |
| Defendants. | |

Before the Court is the motion, filed January 23, 2009 by defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou, to dismiss plaintiff's Third Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), and 12(b)(6). Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for February 27, 2009.

**IT IS SO ORDERED.**

Dated: February 25, 2009

MAXINE M. CHESNEY
United States District Judge