IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., | No. C-08-0871 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KAM HING ENTERPRISES, INC., et al., | |
| Defendants. / | |

Before the Court is the parties' Revised Joint Case Management Conference Statement, filed April 2, 2009, in which the parties state that defendants intend to file, no later than April 17, 2009, a motion to dismiss plaintiff's Fourth Amended Complaint.

In light of such planned motion to dismiss, the Case Management Conference scheduled for April 10, 2009 is hereby CONTINUED to June 19, 2009. The parties shall file a Joint Case Management Conference Statement no later than June 12, 2009.

**IT IS SO ORDERED.**

Dated: April 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge