IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., | No. C-08-0871 MMC |
| Plaintiff, | **ORDER VACATING MAY 29, 2009 HEARING** |
| v. | |
| KAM HING ENTERPRISES, INC., et al., | |
| Defendants. | |

Before the Court is the motion, filed April 17, 2009 by defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou, to dismiss plaintiff's Fourth Amended Complaint. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for May 29, 2009.

**IT IS SO ORDERED.**

Dated: May 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge