IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E&E CO., LTD.,

              Plaintiff,

  v.

KAM HING ENTERPRISES, INC., et al.,

              Defendants.

_____/

No. CV-08-0871 MMC

**JUDGMENT IN A CIVIL CASE**

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** defendants' motion is hereby GRANTED, and the fourth amended complaint is hereby DISMISSED without further leave to amend.

Dated: June 9, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>