| | |
|---|---|
| SHARTSIS FRIESE LLP<br>ROBERT CHARLES WARD (Bar #160824)<br>rward@sflaw.com<br>JAMES P. MARTIN (Bar #170044)<br>jmartin@sflaw.com<br>FELICIA A. DRAPER (Bar #242668)<br>fdraper@sflaw.com<br>One Maritime Plaza, Eighteenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 421-6500<br>Facsimile: (415) 421-2922<br><br>Attorneys for Plaintiff<br>E&E Co., Ltd., a California corporation | MUNGER, TOLLES & OLSON LLP<br>GARTH T. VINCENT (Bar #146574)<br>garth.vincent@mto.com<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Attorneys for Defendants<br>KAM HING ENTERPRISES, INC.;<br>SUNHAM HOME FASHIONS, LLC;<br>HOWARD YUNG; and ARTHUR<br>COURBANOU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&E CO., LTD., A California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAM HING ENTERPRISES, INC.;<br>SUNHAM HOME FASHIONS, LLC; JJ<br>INTERNATIONAL TRADING<br>COMPANY; HOWARD YUNG,<br>ARTHUR COURBANOU; and DOES 1-<br>100, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-00871-MMC (JCS)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING AND [PROPOSED] ORDER**<br><br>Judge: Magistrate Judge Joseph C. Spero<br>Date: July 30, 2012<br>Time: 9:30 a.m.<br>Courtroom: G |

Plaintiff E&E Co., Ltd. and Defendants Kam Hing Enterprises, Inc., Sunham Home Fashions, LLC, Howard Yung, and Arthur Courbanou, by and through their respective counsel of record, hereby declare and stipulate as follows:

WHEREAS, the Court has set a Settlement Conference for July 30, 2012 at 9:30 a.m.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

The Settlement Conference currently set for July 30, 2012 at 9:30 a.m. shall be reset for August 2, 2012 at 9:30 a.m.

DATED: July 11, 2012                    SHARTSIS FRIESE LLP

                                        By: */s/ Robert Charles Ward*
                                            ROBERT CHARLES WARD

                                        Attorneys for Plaintiff
                                        E&E CO., LTD., a California corporation

DATED: July 11, 2012                    MUNGER, TOLLES & OLSON LLP

                                        By: */s/ Garth T. Vincent*
                                            *per email authorization*
                                            GARTH T. VINCENT

                                        Attorneys for Defendants
                                        KAM HING ENTERPRISES, INC.;
                                        SUNHAM HOME FASHIONS, LLC;
                                        HOWARD YUNG; and ARTHUR
                                        COURBANOU

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 12, 2012

_____
UNITED STATES DISTRICT COURT
Judge Joseph C. Spero

6197\007\1830289.1

- 2 -     STIPULATION AND [PROPOSED] ORDER
          CASE NO. 3:08-CV-00871-MMC (JCS)